■ In the Matter of the Arbitration between 1777 Concourse Associates et al., Respondents, and Service Employees International Union, Local 32E, Appellant.—Appeal from judgment, Supreme Court, Bronx County (Irwin Silbowitz, J.), entered on January 15, 1986, unanimously dismissed for lack of standing, without costs and without disbursements. *(Matter of Soto [Goldman],* 7 NY2d 397.) Concur—Murphy, P. J., Sandler, Sullivan, Milonas and Wallach, JJ.

■ The People of the State of New York, Respondent, v Tyrone Stallings, Appellant.—Judgment, Supreme Court, New York County (Stephen Crane, J.), rendered on November 30, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Rosenberger, Ellerin and Smith, JJ.